THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PHILLIP REILEY, Appellant. [865 NYS2d 588]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (Garrett, J.), imposed April 16, 2007, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed. No opinion. Prudenti, P.J., Fisher, Santucci, Carni and Eng, JJ., concur.